

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2019

No. 04-19-00503-CV

**CHESAPEAKE EXPLORATION, L.L.C.**, Chesapeake Operating, L.L.C., Jamestown Resources, L.L.C., and OOGC American LLC,
Appellants

v.

**7K INVESTMENTS, LTD., ET AL**,
Appellees

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 16-03-00030-CVL
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

Ms. Leticia Escamilla is the court reporter responsible for preparing the portion of the reporter's record in this appeal from the jury trial in the 218th Judicial District Court in LaSalle County, Texas. The reporter's record was originally due to be filed in this appeal on August 23, 2019. Pursuant to an order from this court dated October 1, 2019, Ms. Escamilla was ordered to complete the reporter's records that were pending in five appeals in a specific order.

By order dated October 16, 2019, Ms. Escamilla was ordered to file her portion of the reporter's record in this appeal no later than thirty days after the date the reporter's record was filed in appeal number 04-19-00543-CV. The reporter's record was filed in appeal number 04-19-00543-CV on November 1, 2019,[1] making the reporter's record due in this appeal on December 2, 2019. This court's order instructed Ms. Escamilla that if she was unable to complete the reporter's record by the stated deadline, she was ordered to file a notification of late record stating the number of pages of the reporter's record filed to date, the number of pages outstanding, the number of pages Ms. Escamilla anticipates she will be able to complete each day, and an estimated date on which the complete reporter's record will be filed.

---

[1] This deadline was imposed by a court order stating that if the record was not filed by that date Ms. Escamilla would be ordered to appear before the court and show cause why she should not be held in contempt of court.

Pending before the court is the notification of late record filed by Ms. Escamilla on December 3, 2019. The letter states the record is approximately 1,275 – 1,325 pages, and portions of the record have been completed but no volumes have been filed to date. The letter states one volume will be filed on December 4, 2019, and a second volume will be filed on December 9, 2019. Ms. Escamilla represents in the letter that she will be able to complete 90 pages of the record each day and states she anticipates filing the complete record by December 24, 2019.

**Based on the foregoing representations by Ms. Escamilla**, her request for an additional extension of time is GRANTED. Ms. Escamilla is ORDERED to work exclusively on the reporter's record for this appeal until the complete reporter's record is filed. Ms. Escamilla is FURTHER ORDERED to file a work log detailing her daily work on the reporter's record every Monday until the complete reporter's record is filed. Ms. Escamilla is FURTHER ORDERED to file the volumes of the reporter's record as they are completed.

Ms. Escamilla is ORDERED to file the complete reporter's record in this appeal by December 24, 2019. If Ms. Escamilla fails to timely comply with this order, **she will be ordered to appear before this court and show cause why she should not be held in contempt of court**. The clerk of this court shall cause a copy of this order to be served on Ms. Escamilla by certified mail, return receipt requested, or give other personal notice of this order with proof of delivery.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of December, 2019.

Michael A. Cruz,
Clerk of Court